**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 6, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00884-CV

---

### IN RE DENNIS SHAVER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court**
**Waller County, Texas**
**Trial Court Cause No. C-12-102**

---

## MEMORANDUM OPINION

On November 4, 2014, relator Dennis Shaver filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable June Jackson, presiding judge of the County Court of Waller County, to vacate her October 24, 2014 order increasing the amount of the supersedeas bond.

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for a writ of mandamus. We also deny relator's emergency motion for temporary relief.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.